FILED
CLERK, U.S. DISTRICT COURT
10/23/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI  DEPUTY

Query  Reports  Utilities  Help  What's New  Log Out

BNDDUTY,CLOSED

**U.S. District Court**
**Southern District of Florida (Miami)**
**CRIMINAL DOCKET FOR CASE #: 1:24-mj-04207-LFL All Defendants**
2:24-cr-00369-SPG-8

Case title: USA v. Bonilla

Date Filed: 10/16/2024

Date Terminated: 10/22/2024

Assigned to: Magistrate Judge Lauren Fleischer Louis

### Defendant (1)

**Nahim Jorge Bonilla**
41456-511
*YOB: 1988; English*
*TERMINATED: 10/22/2024*

represented by **Lawrence A. Hashish**
307
1700 East Las Olas Blvd.
Fort Lauderdale, FL 33301
954-703-2112
Fax: 954-900-5730
Email: hashish320@hotmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

**Paul Domenic Petruzzi**
The Bank Building
8101 Biscayne Blvd
Ph-701
Miami, FL 33138
305-373-6773
Fax: 373-3832
Email: petruzzi-law@msn.com
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

## Complaints

WARRANT\CENTRAL DISTRICT OF CALIFORNIA\FIRST SUPERSEDING INDICTMENT

## Disposition

## Plaintiff

| USA | represented by | **Noticing AUSA CR TP/SR**<br>Email: Usafls.transferprob@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
|---|---|---|

| Date Filed | # | Select<br>all / clear | Docket Text |
|---|---|---|---|
| 10/16/2024 | 1 | ☐ | Magistrate Judge Removal of First Superseding Indictment from Central District of California Case number in the other District 2:24-00369(A) -SPG as to Nahim Jorge Bonilla (1). (kan) (Entered: 10/17/2024) |
| 10/16/2024 | 2 | ☐ | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Lawrence A. Hashish appearing for Nahim Jorge Bonilla. (fbn) (Entered: 10/17/2024) |
| 10/16/2024 | 3 | ☐ | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Paul Domenic Petruzzi appearing for Nahim Jorge Bonilla. (fbn) (Entered: 10/17/2024) |
| 10/16/2024 | 4 | ☑ | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Nahim Jorge Bonilla held on 10/16/2024. Bond recommendation/set: Nahim Jorge Bonilla (1) Government ore tenus motion for PTD is GRANTED. Date of Arrest or Surrender: 10/16/2024.<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Pretrial Detention Hearing set for 10/22/2024 at 01:00 PM in the Miami Division before MIA Duty Magistrate Judge. Removal Hearing set for 10/22/2024 at 01:00 PM in the Miami Division before MIA Duty Magistrate Judge. Attorney added: Paul Domenic Petruzzi, Lawrence A. Hashish for Nahim Jorge Bonilla (Digital 16:50:48) Signed by Magistrate Judge Lauren Fleischer Louis on 10/16/2024. (fbn) (Entered: 10/18/2024) |

| | | | |
|---|---|---|---|
| 10/22/2024 | 5 | ☑ | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Nahim Jorge Bonilla (cdb1) (Entered: 10/23/2024) |
| 10/22/2024 | 6 | ☑ | Minute Order for proceedings held before Magistrate Judge Lisette M. Reid: Status Re: Detention Hearing as to Nahim Jorge Bonilla held on 10/22/2024. Bond set: STIP PTD w/right to revisit in California., Status Re: Removal Hearing held on 10/22/2024. Defendant waived removal. Warrant of Removal issued. (Digital 13:18:08) Signed by Magistrate Judge Lisette M. Reid on 10/22/2024. (cdb1) (Entered: 10/23/2024) |
| 10/22/2024 | 7 | ☑ | COMMITMENT TO ANOTHER DISTRICT as to Nahim Jorge Bonilla. Defendant committed to District of Central District of California. Closing Case for Defendant. Signed by Magistrate Judge Lisette M. Reid on 10/22/2024. *See attached document for full details.* (cdb1) (Entered: 10/23/2024) |
| 10/22/2024 | 8 | ☑ | Notice of Criminal Transfer to Central District of California of a Rule 5 or Rule 32 Initial Appearance as to Nahim Jorge Bonilla. Your case number is: 2:24-00369(A)-SPG. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court*: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov. (cdb1) (Entered: 10/23/2024) |

[View Selected]

or

[Download Selected]

# MINUTE ORDER

Page 22

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor        Date: 10/16/2024   Time: 2:00 p.m.

Defendant: Nahim Jorge Bonilla        J#: 41456-511        Case #: 24-MJ-4207-LOUIS
AUSA: Ed Stamm        Attorney: Paul Petruzzi/Lawrence Hashish (Temp)
Violation: WARR\CENTRAL DIST- CA\ 1ST SUPERSEDING INDICTMENT        Surr/Arrest Date: 10/16/2024   YOB: 1988

Proceeding: Initial Appearance        CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No        Recommended Bond:
Bond Set at:        Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs        Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:
☐ Other:

Disposition:
Defendant advised of rights and charges

Indictment Unsealed

Counsel files temporary appearance

Govt ore tenus motion for PTD is Granted

*Brady order given*

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:        Time:        Judge:        Place:
Report RE Counsel:
**PTD Hearing:**        10/22/24        1:00 p.m.        Duty/Miami
**Removal Hearing:**        10/22/24        1:00 p.m.        Duty/Miami
Status Conference RE:
D.A.R.  16:50:48        Time in Court: 5 mins

s/Lauren F. Louis        Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 24-4207-MJ-LOUIS

United States of America
    Plaintiff,
v.

Charging District's Case No. 24-cr-00369(A)-SPG-8

Nahim Jorge Bonilla,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the Central District of California.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[X] An identity hearing and production of the warrant.

[X] A preliminary hearing.

[X] A detention hearing in the Southern District of Florida.

[ ] An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant's Signature

Date: 10/22/24

_____
Lisette Marie Reid
United States Magistrate Judge

# MINUTE ORDER

Page 5

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor     Date: 10/22/24    Time: 1:00 p.m.

Defendant: Nahim Jorge Bonilla    J#: 41456-511    Case #: 24-4207-MJ-LOUIS
AUSA: Edward Stamm    Attorney: Paul Petruzzi and Lawrence Hashish for SD/FL
Violation: Warr/Ind/CD-CA/Consp to Distribute, PWID Controlled Substances    Surr/Arrest Date:    YOB:
Proceeding: Pretrial Detention Hearing, Removal    CJA Appt:
Bond/PTD Held: ○ Yes ○ No    Recommended Bond:
Bond Set at:    Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
   Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: English

Disposition:
- Stip PTD w/right to revisit in California
- Deft waived removal
- Warrant of Removal issued

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:18:08    Time in Court: 4 minutes

s/Lisette Marie Reid    Magistrate Judge

# United States District Court
## Southern District of Florida
Case No. 24-4207-MJ-LOUIS

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 24-cr-00369(A)-SPG-8

Nahim Jorge Bonilla,
(USM# 41456-511)
_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the .

Paul Petruzzi and Lawrence Hashish **represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 10/22/24.

Lisette Marie Reid
United States Magistrate Judge